U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT - 7 2010
11:35am

CLERK, U.S. DISTRICT COURT
By _____
   Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V | § | NO: 7:10-CR-011-O-KA |
| | § | |
| KUREAM HOWARD | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**KUREAM HOWARD**, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea of guilty to **Count 2 and Count 3 of the Indictment**. After cautioning and examining **KUREAM HOWARD** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea, to each count of the indictment was knowledgeable and voluntary and that the offense(s) charged supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that **KUREAM HOWARD** be adjudged guilty and have sentence imposed accordingly.

Date: October 7, 2010

_____
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).